76,475-04

June 7, 2015

Dear Abel Acosta, Clerk

I, Kenneth Ray Frelow, TDCJ #1697842 is writing on behalf of my 11.07 Writ of Habeas Corpus. The TR. CT. No. 1158422D, and the WR-76,475-04.

I received an Offical Notice from the Court of Criminal Appeals of Texas on 4/13/15. Stating on 3/26/15, the Application for 11.07 Writ of Habeas has been received and presented to the Court. I along with my family would like to know where do this stand at the moment.

Sincerely,
Kenneth Frelow
TDCJ #1697842

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 11 2015

Abel Acosta, Clerk